No. 89–5395 (A–142). RICHARDSON *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

AUGUST 18, 1989

No. A–126. SOUTHERN UNIVERSITY BOARD OF SUPERVISORS *v.* UNITED STATES ET AL.; and

No. A–127. LOUISIANA EX REL. GUSTE, ATTORNEY GENERAL OF LOUISIANA *v.* UNITED STATES ET AL. Applications for stay, presented to JUSTICE WHITE, and by him referred to the Court, granted, and enforcement of the judgment and orders of the United States District Court for the Eastern District Court of Louisiana, Civil Action No. 80–3300, entered August 2, 1988, July 19, 1989, and August 4, 1989, is stayed pending the timely docketing of appeals in these cases and final disposition by the Court. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN dissent.